MOTION DISMISSED
DATE: 11-6-15
BY: PC

Dallas County Trial Court No.W92-43892-S(A)
Writ No. WR-81,714-01

Ex Parte

§
§  In the Texas Court of Criminal
§  Appeals, Austin, TX
§
§
Timothy Carty                          §

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk

## Motion Requesting A Rehearing On Applicant's Original 11 Writ Of Habeas Corpus

To The Honorable Judges of This Court:

I, Timothy Carty, Applicant in the recently denied writ of habeas corpus, respectfully request an immediate rehearing. I was informed by your white card denial that the denial was based on the findings of the trial judge. Well, in all respects, those findings were incorrect and did misquote the law. Those findings claim I never signed the writ Application. That is far from the truth. I simply forgot to circle whether I was the Applicant or the Petitioner. But your honorable Court still had jurisdiction to consider the writ based on your own law and the Texas Constitution. The only other finding that trial court gave was the supposed application of the doctrine of laches. Nothing in your case law, nor the Tex, Const, nor the Tex. Government Code, nor any statute puts a ny timeline on when a person uneducated in the law could file a writ. It took me years to even read properly. But I am innocent and my trial was un-fair. Please reconsider my writ and grant this motion for **rehearing**, **Thankyou**. And **God Bless**.

Respectfully Submitted,

Timothy Carty

p.1 of 2                                                    over

Timothy Carty
TDCJ# 636505
Telford Unit
3899 State Hwy.98
New Boston, TX.   75570